In the Matter of an Arbitration Between LILLIAN LUTTINGER, Respondent, and FREDERICK S. LUTTINGER, Appellant.

Argued May 14, 1945; decided June 14, 1945.

*Alfred Feingold* and *Aloysius C. Falussy* for appellant.
*Albert L. Wigor* and *Joseph V. Farinella* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.